FILED
CLERK, U.S. DISTRICT COURT

FEB -7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA R. BATES-FLORES, ) | No. CV 07-332-JFW(E) |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) OF SOCIAL SECURITY ADMINISTRATION, ) | |
| Defendant. ) | |

IT IS HEREBY ADJUDGED that Defendant's Motion for Summary Judgment is granted and Judgment is entered in favor of Defendant.

DATED: 2/6 , 2008.

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE